FILED
2017 JAN 26  PM 12: 40
U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00021-JCM-GWF |
| Plaintiff, | |
| vs. | |
| DANIEL MARTIN BOYAR,<br>   also known as "Wolf",<br>ADAM MANUEL YOUNASSOGHLOU,<br>   also known as "Adam Y", | ORDER TO UNSEAL THE CRIMINAL INDICTMENT |
| Defendants | |

On motion of the United States of America, and good cause appearing therefore, IT IS HEREBY ORDERED that the indictment in the instant case shall be unsealed.

DATED January **26**, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

1