RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(775) 784-5369/Fax
chris_frey@fd.og

Attorney for DANIEL MARTIN BOYAR

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL MARTIN BOYAR,<br><br>  Defendant. | Case No. 2:17-CR-021-JDM-WGF-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for DANIEL MARTIN BOYAR and DAYLE ELIESON, United States Attorney, and DANIEL COWHIG, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for May 22, 2018, at 10:00 AM, be vacated and continued to a date and time convenient to the Court but no earlier than mid-September, 2018.

///

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Boyar.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Boyar is currently detained and agrees with the continuance.

5. This is the first request for continuance of the sentencing hearing.

DATED this 20th day of April, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By */s/ CHRISTOPHER P. FREY*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for<br>DANIEL MARTIN BOYAR | By */s/ DANIEL J. COWHIG*<br>DANIEL J. COWHIG<br>Assistant United States Attorney<br>Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for May 22, 2018, at 10:00 AM, be vacated and continued to __September 24, 2018 at 1030 a.m.__.

DATED this __23rd__ day of April, 2018.

*/s/ James C. Mahan*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE
CASE NO.: 2:17-CR-00021-JCM-GWF